PHILLIP A. TALBERT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE DE JESUS MADRIGAL-CHAVEZ AND MIGUEL ALEJANDRO MADRIGAL,<br><br>Defendant. | CASE NO.  5:14-MJ-00031-JLT<br><br>UNITED STATES' MOTION TO DISMISS AND ORDER |

The United States of America, by and through its undersigned counsel, hereby moves for dismissal of the above-captioned matter and recall of the arrest warrant that issued for the following reasons.

The criminal complaint in this matter was filed approximately nine years ago.  The original case agent and affiant is no longer employed by the U.S. Forest Service and the U.S. Forest Service has been unable to locate the above-named defendants.  Moreover, the statute of limitations has expired.

Dated:  June 13, 2023                      PHILLIP A. TALBERT
                                                              United States Attorney

                                              By:   /s/ KAREN A. ESCOBAR
                                                       KAREN A. ESCOBAR
                                                       Assistant United States Attorney

**O R D E R**

IT IS SO ORDERED.

Dated:  **June 14, 2023**                      /s/ Barbara A. McAuliffe
                                                         UNITED STATES MAGISTRATE JUDGE

Motion to dismiss and order